**CYNDEE L. PETERSON**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine Street, 2d Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
Email: Cyndee.Peterson@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
SEP 2 1 2017
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHANE MICHEAL COURTNEY, <br><br> Defendant. | CR 17- 18 -BU-DLC <br><br> **INDICTMENT** <br><br> RECEIPT/DISTRIBUTION OF CHILD PORNOGRAPHY (Counts I and II) <br> Title 18 U.S.C. § 2252(a)(2) <br> (Penalty: Mandatory minimum five to 20 years imprisonment, $250,000 fine, five years to lifetime supervised release, and $5,000 special assessment) <br><br> POSSESSION OF CHILD PORNOGRAPHY (Count III) <br> Title 18 U.S.C. § 2252A(a)(5)(B) <br> (Penalty: Up to 20 years imprisonment, $250,000 fine, five years to lifetime supervised release, and $5,000 special assessment) <br><br> FORFEITURE <br> Title 18 U.S.C. § 2253(a) |

1

THE GRAND JURY CHARGES:

## COUNT I

That from on or about September 11, 2016, through on or about September 19, 2016, at Anaconda, in the State and District of Montana, the defendant, SHANE MICHEAL COURTNEY, knowingly received any visual depiction using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, namely a white Gigabyte System Unit, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of 18 U.S.C. §§ 2252(a)(2) and (b).

## COUNT II

That on or about November 21, 2016, and on or about November 22, 2016, at Anaconda, in the State and District of Montana, the defendant, SHANE MICHEAL COURTNEY, knowingly distributed any visual depiction using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the

use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of 18 U.S.C. §§ 2252(a)(2) and (b).

## COUNT III

That from on or about June 2005, through on or about February 28, 2017, at Anaconda, in the State and District of Montana, and elsewhere, the defendant, SHANE MICHEAL COURTNEY, knowingly possessed material that contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), namely files on a Hitachi external drive, including images of a minor who had not attained 12 years of age, that has been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

As a result of the commission of the crimes described above, and upon his conviction, the defendant, SHANE MICHEAL COURTNEY, shall forfeit to the United States, all right, title and interest in the following described property that represents property used to commit the offense:

1) Gigabyte System Unit, s/n 4112RTL1036040, and

2) Hitachi 124 GB external hard disk drive, s/n G4CSG4LL,

pursuant to 18 U.S.C. § 2253(a).

3

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON

_____
LEIF JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons __X_____

Warrant: _____

Bail: _____